UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DENNIS THOMAS STOKES,

    Petitioner,

v.                            Case No. 2:07-cv-145
                               HON. GORDON J. QUIST

JEFF WHITE,

    Respondent.
_____/

**OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 16, 2007. The Report and Recommendation was duly served on the parties. The Court has received objections from the Petitioner. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

In his objections, Petitioner claims that the Magistrate Judge erred in recommending dismissal of his habeas corpus petition. However, Petitioner's objections are largely incoherent and fail to address the recommendation of the Magistrate Judge in this case. For the reasons set forth in the report and recommendation, Petitioner's claims are barred by the statute of limitations.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #3) is approved and adopted as the opinion of the court.

Dated: October 11, 2007

                                            /s/ Gordon J. Quist
                                            GORDON J. QUIST
                                            UNITED STATES DISTRICT JUDGE