UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DENNIS THOMAS STOKES,

    Petitioner,

v.                                              Case No. 2:07-cv-145
                                                  HON. GORDON J. QUIST

JEFF WHITE,

    Respondent.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered this date;

IT IS HEREBY ORDERED that the Petitioner's application is DISMISSED pursuant to Rule 4.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED as to each issue raised by the Petitioner in this application for habeas corpus relief for the reasons enumerated in the Opinion and Order Approving the Magistrate Judge's Report and Recommendation and dismissing this action.

                                                             /s/   Gordon J. Quist

Dated: October 11, 2007                               GORDON J. QUIST
                                                                UNITED STATES DISTRICT JUDGE